B6A (Official Form 6A) (12/07)

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**

                                                                                             (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **High Standard Manufacturing Company, Inc.**  Case No. **15-33794-H1-11**
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Comerica Bank<br>checking #xxxxxx7503 | ($1.38) |
| | | First Community Bank<br>3 Sugar Creek Center Blvd.<br>Ste. #200<br>Sugar Land, TX 77478<br>checking #xxxx4588 | $1,817.99 |
| | | Patriot Bank<br>102 West Parkwood<br>Friendswood, TX 77546<br>checking #xxxxxx0173 | $7,886.10 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Hartman Management<br>11200 Westheimer Central, Suite 110<br>Houston, TX  77042<br>Security Deposit | $7,488.00 |
| | | Hartman Management<br>11200 Westheimer Central, Suite 110<br>Houston, TX  77042<br>Cashier's Check delivered to Hartman Mitchelldale<br>Business Park on 1/06/2015 | $16,045.84 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Interest in liability insurance policy Lexington Insurance 99 High Street Boston, MA 02110 Policy #015375338 | Unknown |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Interest in United States Cartridge Co. 100% Interest Value: Unknown Ownership Interest In Dispute Need accounting completed of financials, physical inventory and transaction history for full understanding of ownership of assets or interest and/or receivables owned or owed to Debtor | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Interest in International Armament Corporation<br>100% Interest<br>Value:  Unknown<br>Ownership Interest In Dispute<br>Need accounting completed of financials, physical inventory and transaction history for full understanding of ownership of assets or interest and/or receivables owned or owed to Debtor | | Unknown |
| | | Interest in Crusader Gun Company, Inc.<br>100% Interest<br>Value:  Unknown<br>Ownership Interest In Dispute<br>Need accounting completed of financials, physical inventory and transaction history for full understanding of ownership of assets or interest and/or receivables owned or owed to Debtor | | Unknown |
| | | Interest in Firearms International Inc.<br>Ownership Interest Unknown<br>Value:  Unknown<br>Ownership Interest In Dispute<br>Need accounting completed of financials, physical inventory and transaction history for full understanding of ownership of assets or interest and/or receivables owned or owed to Debtor | | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | *High Standard Firearms, Ltd.<br>5151 Mitchelldale, Ste. B-14 | | $48,089.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Houston, TX 77092<br>(Parts sales)<br>There is an accounting that must be done between the Debtor and High Standard Firearms, Ltd.  It should be noted that significant audit and accounting questions exist and have been uncovered in an ongoing independent review of the Company's "QuickBooks" accounting system that had been maintained by Alan Aronstein, the Company's former C.E.O. and President.  Many of the entries made by Mr. Aronstein appear to be unsubstantiated journal entries that did not reflect or disclose any backup to support his accounting entries.  The Debtor is attempting to forensically review Mr. Aronstein's accounting treatments in hopes that some documentation exists to support his prior actions. Mr. Aronstein was terminated by the Company on November 5, 2014.  Litigation between the Company and Mr. Aronstein has been filed in the District Courts of Harris County, Texas. | |
| | | M & A , Inc.<br>964 Donata Ct.<br>Lake Zurich, IL  60047 | $5,793.92 |
| | | Numrich Gun Parts Corporation<br>226 Williams Lane<br>Kingston, NY 12401 | $290.78 |
| | | Sportsmans Guns & Ammo Inc.<br>212 Porter Rd FM 1314<br>Conroe TX  77301 | $203.30 |
| | | The Dealer Warehouse<br>4813 Enterprise Way Ste. K<br>Modesto, CA  95356 | $524.12 |
| | | Trigger Wholesale, LLC<br>P.O. Box 39020<br>Waterloo, ONT<br>Canada  N2T  0A7 | $63,934.70 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **High Standard Manufacturing Company, Inc.**       Case No.  **15-33794-H1-11**

                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Herrett Custom Stocks, Inc.*<br>169 Madrona Street<br>Twin Falls, ID 83301<br>*Alan Aronstein, Debtor's former president, is still the president of Herret Custon Stocks, Inc.  Previously, Mr. Aronstein attempted to negotiate the acquisition of Herrett Stocks in Idaho.  On information and belief, it does not appear that the acquisition was ever consummated. | $70,943.32 |
| | | High Standard Casting, Inc.<br>1001 E. Park Blvd.<br>Lufkin, Texas 75901-1503 | $86,466.37 |
| | | Marina Presley*<br>14714-A Perthshire<br>Houston, Texas 77079<br>*Some personal transactions between Alan Aronstein, the Debtor's former president, and Marina Presley, his former girlfriend, whereby the Debtor cleared funds for Ms. Presley and advanced funds to Ms. Presley as net payments without filing any reports with the IRS.  The amount is unknown but is believed to be over $100,000. | $100,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claim against Alan Aronstein and Crusader Gun Company, Inc., Cause #2015-12038, 133rd District Court, Harris Co., TX | $1,000,000.00 |
| | | Potential claim against Arms Corporation of the Philippines, a Philipine Corporation, ARMSCOR Avenue Barangay Fortune Marikina City, Philippines | $100,000.00 |
| | | Potential claim for lost sales against AO Precision Manufacturing/Galion 1870  Mason Ave. Daytona Beach, FL 32117 | $1,000,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | HIGH STANDARD - trademark Registration #0969964; Eagle logo - trademark Registration #2856095; HI-STANDARD trademark Registration #2856094 Victor trade dress - trademark Registration #2939065 Supermatic trade dress - trademark Registration #2731436 | $1,000,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**          Case No.   **15-33794-H1-11**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | INTERARMS trademark<br>Registration No. 3,792,088<br>Unknown value | | Unknown |
| | | AMT trademark<br>Unknown value | | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | ITAR Export License M11723 | | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List Information<br>Valuable Customer List Information of the Debtor is believed to be improperly in the possession of Alan Aronstein. | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Ford Econo/Club Wagon<br>VIN: 1FTNS24W17DA81426 | | $7,000.00 |
| | | 2009 GMC Yukon<br>VIN: 1GKFC06249R241065 | | $21,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks<br>Credenzas<br>Chairs<br>Book cases<br>File cabinets<br>Computers | | $19,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**          Case No.   <u>**15-33794-H1-11**</u>
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Display cases<br>Refrigerator<br>Telephones | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery    $48,000.00<br>Machinery    $12,500.00<br>small machinery    $6,000.00<br>other production eq   $25,000.00<br>Forklift   $2,000.00<br>Tooling    $200,000.00<br>AR Tooling    $12,000.00<br>Prints    $50,000.00 | | $355,500.00 |
| 30. Inventory. | | AK LINE:<br>AK kits including mags, pouches  $435,000.<br>Accessory kit    $650.00<br>AK 74  various parts   $9,500.00<br>AK Mags euro    $5,000.00<br>AK 47 various parts   $8,000.00<br>AK 47 core   $19,000.00 | | $964,450.00 |
| | | AR LINE:<br>upper receivers    $96,000.00<br>front sight blade   $3,000.00<br>Cam Pin    $1,530.00<br>Gas Key    $5,750.00<br>Barrel Extensions    $1,000.00<br>Carriers    $1,550.00<br>Carriers    $15,000.00<br>piston kits    $35,000.00<br>Uppers and barrels (custom)   $9,950.00<br>uppers (10 and 14)   $30,000.00<br>AR 300 BO   $10,140.00<br>AR 20 " barrels    $9,000.00<br>AR High End barrels    $21,750.00<br>AR Various barrels    $11,250.00 | | $369,300.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**                     Case No.   **15-33794-H1-11**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Small AR parts   $31,000.00<br>Buffer tubes   $24,000.00<br>Gas Tubes   $9,880.00<br>AR Magazines   $29,000.00<br>AR Mags   $2,500.00<br>Springs   $12,000.00<br>AR Accessories   $10,000.00<br><br>HS 22:<br>22 parts   $22,000.00<br>22 grips   $8,000.00<br>Springs   $2,500.00<br>Slides   $10,000.00<br>Barrels   $15,000.00<br>Mags   $6,500.00<br><br>1911:<br>Various<br><br>Other items:<br>various grips   $8,000.00<br>Various mags   $8,000.00<br>Parts   $6,000.00 | $64,000.00<br><br><br><br><br><br><br><br>$17,000.00<br><br>$22,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | www.highstandard.com<br>highstandardfirearms - Facebook Page<br>Debtor owns additional domain names - will be amended | Unknown |

_____9_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Total  >   **$5,348,732.06**

B6C (Official Form 6C) (4/13)

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **High Standard Manufacturing Company, Inc.**                    Case No.    **15-33794-H1-11**
                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Patriot Bank**<br>**Attn: Bill Holbert**<br>**102 West Parkwood**<br>**Friendswood, TX 77546** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Inventory, chattel paper, accts, equip**<br>COLLATERAL:<br>**Security agreement**<br>REMARKS:<br><br><br>VALUE:                      **$5,386,733.06** | | | | **$500,000.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | **$500,000.00** | **$0.00** |
| | | | | Total (Use only on last page) > | | **$500,000.00** | **$0.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **High Standard Manufacturing Company, Inc.**                    Case No.    **15-33794-H1-11**
                                                                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **High Standard Manufacturing Company, Inc.**　　　　Case No.　**15-33794-H1-11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**3-B Trust**<br>**6517 Mapleridge**<br>**Houston, TX 77081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**A O Precision Manfacturing**<br>**1870  Mason Ave.**<br>**Daytona Beach, FL 32117** | X | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | X | **$61,103.00** |
| **Representing:**<br>**A O Precision Manfacturing** | | **Peter B. Heebner**<br>**HEEBNER BAGGETT UPCHURCH & GARTH PI**<br>**523 North Halifax Ave.**<br>**Daytona Beach, FL 32118** | | | | **Notice Only** |
| ACCT #:<br>**Advanced Ordnance/AO Precision**<br>**1870  Mason Ave.**<br>**Daytona Beach, FL 32117** | X | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | X | **$198,490.72** |
| ACCT #:<br>**Alan Aronstein**<br>**4720 C Banning Dr.**<br>**Houston, TX  77027** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | X | **$721.13** |
| ACCT #:<br>**Alan Aronstein, Trustee**<br>**4720 C Banning Dr.**<br>**Houston, TX 77027** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal >　　**$260,314.85**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Total >**
_____11_____continuation sheets attached　　　　**(Use only on last page of the completed Schedule F.)**
　　　　　　　　　　　　　　　**(Report also on Summary of Schedules and, if applicable, on the**
　　　　　　　　　　　　　　　**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **High Standard Manufacturing Company, Inc.**          Case No.   **15-33794-H1-11**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Alan Aronstein-ICG**<br>**International Consultant Group**<br>**4720 C Banning Dr.**<br>**Houston, TX 77027** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$39,000.00** |
| ACCT #:<br>**AP Gas & Electric**<br>**P O Box 660038**<br>**Dallas, TX 75266-0038** | | DATE INCURRED:<br>CONSIDERATION:<br>**Ste B3 occupied by Alan Aronstein**<br>REMARKS: | | | X | **$884.39** |
| ACCT #:<br>**AP Gas & Electric - Casting**<br>**P O Box 660038**<br>**Dallas, TX 75266-0038** | | DATE INCURRED:<br>CONSIDERATION:<br>**Termination Fee - HS Casting**<br>REMARKS: | | | X | **$12,404.53** |
| ACCT #:<br>**AP Gas & Electric Energy Solutions**<br>**P. O. Box 660038**<br>**Dallas, TX 75266** | | DATE INCURRED:<br>CONSIDERATION:<br>**Electric**<br>REMARKS: | | | | **$408.13** |
| ACCT #:<br>**Armscor Precision, Inc.**<br>**150 No. Smart Way**<br>**Pahrump, NV 89060** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$8,513.59** |
| ACCT #:<br>**Aronstein Children's Trust**<br>**4720 C Banning Dr.**<br>**Houston, TX 77027** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___1___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$61,210.64**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bandel Mfg**<br>**PO Box 39346**<br>**Los Angeles, CA 90039** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$2,000.00** |
| ACCT #:<br>**Brent N. Whiteley**<br>**PO Box 421755**<br>**Houston, TX 77242** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Cedar Enterprise, Inc.**<br>**1040  5th St.**<br>**Bristol, TN  37620** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$7,000.00** |
| ACCT #:<br>**City of Houston-Alarm Permit**<br>**P.O. Box 203887**<br>**Houston, TX  77216** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$75.00** |
| ACCT #:<br>**Comerica Bank**<br>**P O Box 790408**<br>**St Louis, MO  63179-0408** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | X | **$26,030.39** |
| ACCT #:<br>**Curtis Screw Company**<br>**PO Box 7017**<br>**Prospect, CT  06712** | | DATE INCURRED:<br>CONSIDERATION:<br>**Herrett**<br>REMARKS: | | | X | **$3,500.00** |

Sheet no. ___**2**___ of ___**11**___ continuation sheets attached to                                    **Subtotal >**    **$38,605.39**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **High Standard Manufacturing Company, Inc.**                         Case No.  **15-33794-H1-11**
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Curtis Screw Company**<br>**PO Box 7017**<br>**Prospect, CT  06712** | | DATE INCURRED:<br>CONSIDERATION:<br>**HSM**<br>REMARKS: | | | | **$750.00** |
| ACCT #:<br>**DataTech Solutions, Inc.**<br>**14918 Hollydale**<br>**Houston, TX  77062** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$4,000.00** |
| ACCT #:<br>**DC Machine**<br>**202 Thorpe Rd.**<br>**Summerville, SC  29483** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$61,992.50** |
| ACCT #:<br>**DPH Arms (A/P)**<br>**4438 Kimesville Rd.**<br>**Burlington, NC  27215** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS:<br>**Buffer Tubes That Belong To Creditor**<br>**Located In Suite B-3** | | | | **$26,000.00** |
| ACCT #:<br>**Fuqua & Assoc., PC**<br>**5005 Riverway Dr, Suite 250**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Fuqua & Assoc., PC**<br>**5005 Riverway Dr, Suite 250**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**International Armament**<br>REMARKS: | | | | **$2,065.00** |

Sheet no. ___**3**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$94,807.50**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**          Case No.   **15-33794-H1-11**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Fuqua Childrent's Trust**<br>**5005 Riverway, Suite 250**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Galion LLC**<br>**P O Box 71-3269**<br>**Columbus, OH 43271-3269** | X | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | X | **$27,300.48** |
| ACCT #:<br>**George Behrens Estate**<br>**1712 2nd Street**<br>**Houston, TX 77547** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Gordon Elliott Estate**<br>**c/o Frank Leone, Esq.**<br>**PO Box 280225**<br>**East Hartford, CT 06128-0225** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Green Mountain Barrel Co**<br>**PO Box 2670 153 W. Main St**<br>**Conway, NH 03818** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$88,462.00** |
| ACCT #:<br>**GreenbergTraurig**<br>**Attn: Grant Cook**<br>**1000 Louisiana, Ste. 1700**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$19,807.81** |

Sheet no. ___**4**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          **$135,570.29**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Gulf Coast Spring Co.**<br>**9125 Spring Branch Dr.**<br>**Houston, TX  77080** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$1,160.89** |
| ACCT #:<br>**H.T. Miser**<br>**3510 Crosscreek Ct.**<br>**Missouri City, TX 77459** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hartman Management**<br>**11200 Westheimer Central Ste 110**<br>**Houston, TX 77042** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Office lease**<br>REMARKS:<br>**Office lease** | | | | **$0.00** |
| ACCT #:<br>**Harvey-Daco**<br>**307 Lake Air Dr. P.O. Box 7155**<br>**Waco, TX 76710** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$3,371.07** |
| ACCT #:<br>**Internal Revenue Service**<br>**P O Box 9941 Stop 5300**<br>**Ogden, UT  84409-0941** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$7,000.00** |
| ACCT #:<br>**International Armament Corp.**<br>**c/o Charles J. Rogers**<br>**Conley Rose, P.C.**<br>**1001 McKinney, Ste. 1800**<br>**Houston, TX 77002-6421** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | X | **Notice Only** |

Sheet no. ____**5**____ of _____**11**_____ continuation sheets attached to              **Subtotal >**              **$11,531.96**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.  **15-33794-H1-11**
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ithaca Distribution Inc.**<br>**420 N. Warpole Street**<br>**Upper Sandusky, OH 43351** | | DATE INCURRED:<br>CONSIDERATION:<br>**Settlement agreement**<br>REMARKS: | | | | **$33,000.00** |
| **Representing:**<br>**Ithaca Distribution Inc.** | | **Wallace M. Smith**<br>**Smith, Robertson, Elliott & Douglas, LLP**<br>**221 West Sixth Street, Ste 1100**<br>**Austin, TX 78701** | | | | **Notice Only** |
| ACCT #:<br>**J & T Distributing**<br>**Box 430**<br>**Winchester, KY  40392** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$4,045.00** |
| ACCT #:<br>**J. Dewey Mfg. Co**<br>**PO Box 2016**<br>**Southbury, CT 06488** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | X | **$8,000.00** |
| ACCT #:<br>**J.E. Connors, Jr.**<br>**5005 Riverway, Ste. 250**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Jim Gray**<br>**31 - 9th Lane NE**<br>**Fairfield, MT 59436** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$1,546.44** |

Sheet no. ____**6**____ of ____**11**____ continuation sheets attached to                                    **Subtotal >**      **$46,591.44**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**John & Theresa Bettencourt**<br>**c/o Sean C. Joanis**<br>**475 Kilvert Street, Ste. 125**<br>**Warwick, RI 02886** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Joyce & McFarland, LLP**<br>**712 Main Street, Ste 1500**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | | **$15,282.09** |
| ACCT #:<br>**Kelly Sturdevant**<br>**c/o H. Grady Chandler**<br>**1919 S Shiloh Rd. Ste 650 LB 39**<br>**Garland, TX 75042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**L3 Communications-EOTech**<br>**1201 E Ellsworth**<br>**Ann Arbor, MI 48108** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$86,882.51** |
| ACCT #:<br>**Lewis Brisbois Bisgaard & Smith**<br>**633 W Fifth St, Suite 4000**<br>**Los Angeles, CA 90071** | | DATE INCURRED:<br>CONSIDERATION:<br>**Legal fees**<br>REMARKS: | | | | **$20,765.99** |
| ACCT #:<br>**Lightnin' Rod's Electrical Service**<br>**10002 Glenkirk**<br>**Houston, TX 77089** | | DATE INCURRED:<br>CONSIDERATION:<br>**B3**<br>REMARKS: | | | X | **$2,506.10** |

Sheet no. ___7___ of ___11___ continuation sheets attached to                                **Subtotal >** | **$125,436.69**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          **Total >**
                                   **(Use only on last page of the completed Schedule F.)**
                       **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**          Case No.   **15-33794-H1-11**
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**M & A , Inc.**<br>**964 Donata Ct.**<br>**Lake Zurich, IL  60047** | | DATE INCURRED:<br>CONSIDERATION:<br>**A/P**<br>REMARKS: | | | | **$77,688.50** |
| ACCT #:<br>**Medical Center Emergency Physicians**<br>**P.O. Box 4590   Dept 06**<br>**Houston, TX 77210** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | X | **$698.00** |
| ACCT #:<br>**Michael M. Dunson**<br>**2806 Eagle Creek Drive**<br>**Kingwood, TX 77345-1311** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Model 1 Sales**<br>**1205 Homer Smith Rd.**<br>**Whitewright, TX  75491** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$24,000.00** |
| ACCT #:<br>**MSC Industrial**<br>**Dept. CH 0075**<br>**Palatine, IL  60055** | | DATE INCURRED:<br>CONSIDERATION:<br>**Herret**<br>REMARKS: | | | X | **$418.47** |
| ACCT #:<br>**Phillip Corwin**<br>**c/o Lawrence J. Smith, Esq**<br>**7408 West Sahara Avenue**<br>**Las Vegas, NV 89117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | X | **$0.00** |

Sheet no. ___**8**___ of ___**11**___ continuation sheets attached to       **Subtotal >**    **$102,804.97**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**          Case No.  **15-33794-H1-11**
                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Presma, Inc.**<br>**9002 Hyssop Dr.**<br>**Rancho Cucamonga, CA  91730** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$13,735.00** |
| ACCT #:<br>**Ratcliff Law Offices**<br>**200 West Center St**<br>**Marion, OH  43302** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$3,340.15** |
| ACCT #:<br>**Robert Dunlap**<br>**c/o Shannon Dunlap Law, PLLC**<br>**500 E. Belknap St.**<br>**Fort Worth, TX 76102** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$21,500.00** |
| ACCT #:<br>**Robert N. Shea aka Bob Shea**<br>**295 Roast Meat Hill Road**<br>**Killingsworth, CT 06419-2333** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ronan**<br>**P.O. Box 697**<br>**West Simsbury, CT  06092** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$81,500.00** |
| ACCT #:<br>**Russ Goodwin**<br>**4674 North Lariat Drive**<br>**Castle Rock, CO 80108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. __**9**__ of __**11**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$120,075.15**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**          Case No.   **15-33794-H1-11**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Scott Aronstein(A/P)**<br>**2511  Reba Dr**<br>**Houston, TX  77019** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,212.73 |
| ACCT #:<br>**Streetman, James**<br>**18063 Garden Manor Dr.**<br>**Houston, TX  77084** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,950.00 |
| ACCT #:<br>**TMRI Inc StormLake**<br>**5900 Highway 321**<br>**North Lenoir City, TN 37771** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,000.00 |
| ACCT #:<br>**Troy Industries, Inc.**<br>**151 A  Capital Dr.**<br>**West Springfield, MA 01089** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,250.00 |
| ACCT #:<br>**Tube Products, Inc.**<br>**P.O. Box 419**<br>**Newark, TX 76071** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $7,792.00 |
| ACCT #:<br>**USA Ammo**<br>**2852 Antoine**<br>**Houston, TX 77092** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | X | Unknown |

Sheet no. ___**10**___ of ___**11**___ continuation sheets attached to          **Subtotal >** | $16,204.73
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **High Standard Manufacturing Company, Inc.**          Case No.   **15-33794-H1-11**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Zero Ammunition Company SE**<br>**1601 22nd St SE P.O. Box 1188**<br>**Cullman, AL 35056** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$750.00** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ___**11**___ of ___**11**___ continuation sheets attached to                                 **Subtotal >** | **$750.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >** | **$1,013,903.61**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **High Standard Manufacturing Company, Inc.**            Case No.   **15-33794-H1-11**
                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Arms Corporation Of The Philippines**<br>ARMSCOR Avenue<br>Barangay Fortune<br>Marikina City, Philippines | License the use of "HIGH STANDARD" for the manufacture of Firearms and Firearms Parts<br>Contract to be ASSUMED |
| **Hartman Management**<br>11200 Westheimer Central Ste 110<br>Houston, TX 77042 | Office lease.  High Standard Manufacturing, Inc. is a tenant in Suite B-11 in the name of Crusader Gun Company<br>Contract to be ASSUMED |
| **High Standard Firearms, Ltd.**<br>5151 Mitchelldale, Ste. B-14<br>Houston, TX 77092 | Space, Equipment and Trademark Use.<br>Contract to be ASSUMED |
| **Ithaca Distribution Inc.**<br>420 N. Warpole St.<br>Upper Sandusky, OH 43351 | Settlement Agreement<br><br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **High Standard Manufacturing Company, Inc.**                     Case No.   **15-33794-H1-11**
                                                                                                          (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or
resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight
years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112
and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alan Aronstein**<br>4720 C Banning Dr.<br>Houston, TX 77027 | **A O Precision Manfacturing**<br>1870  Mason Ave.<br>Daytona Beach, FL 32117 |
| **Alan Aronstein**<br>4720 C Banning Dr.<br>Houston, TX  77027 | **Advanced Ordnance/AO Precision**<br>1870  Mason Ave.<br>Daytona Beach, FL 32117 |
| **Alan Aronstein**<br>4720 C Banning Dr.<br>Houston, TX  77027 | **Galion LLC**<br>P O Box 71-3269<br>Columbus, OH 43271-3269 |
| **Crusader Gun Company, Inc.**<br>5151 Mitchelldale, Ste. B-3, B-11 & B-14<br>Houston, TX 77092 | **Hartman Management**<br>11200 Westheimer Central Ste 110<br>Houston, TX 77042 |

B 6 Summary (Official Form 6 - Summary) (12/14)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

In re  **High Standard Manufacturing Company, Inc.**          Case No.     **15-33794-H1-11**

                                                            Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 10 | $5,348,732.06 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $500,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $1,013,903.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 27 | $5,348,732.06 | $1,513,903.61 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **High Standard Manufacturing Company, Inc.**                    Case No.   **15-33794-H1-11**
                                                                                                         (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Vice President of Administration**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**29**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **8/6/2015**_____         Signature _**/s/ Stan Chapman**_____
                                                                                  ***Stan Chapman***
                                                                                  ***Vice President of Administration***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*